# IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 73.52.4.12

**ISP:** Comcast Communications, LLC
**Physical Location:** Pittston, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/02/2018 21:07:52 | 5F2FC913EB55911A7C28523EA9854518E946EAA8 | 18 Year Old Models First Time Threesome |
| 07/28/2018 19:02:39 | 1302924D1DD71F6446ED4A856AB7F46127F25ED5 | Threeway Strip Poker |
| 07/23/2018 13:44:25 | F850DECB12CB8ADE1362D8054421585119ECC839 | Moving Day Sex |
| 05/29/2018 23:20:49 | 2B846E2CBAC062B2BC13600C127A846498264E78 | Deeper and Deeper |
| 05/29/2018 15:21:17 | 0157C4C9443A37D37ED1A238F2B0DD4D296296D7 | Purely Perfect Pink |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

MPA120